UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE DELGADO and FRANCESCO BOVE,
*Individually and on behalf of others similarly situated,*

                    *Plaintiffs,*

  -against-

J. SILVA SPRINKLER AND PLUMBING
OF NEW YORK CORP., (d/b/a J. SILVA
SPRINKLER & PLUMBING) and GABRIEL
GONZALEZ,

                    *Defendants.*
---------------------------------------------------------X

**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

**Case No.: 1:20-cv-03681-APR-SMG**

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, JOSE DELGADO and FRANCESCO BOVE, through counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against all named Defendants, with no Defendants having answered or otherwise appeared in this action.

Dated:  New York, New York
         December 3, 2020

                    MICHAEL FAILLACE & ASSOCIATES, P.C.
                    *Attorneys for Plaintiff*

                    */s/ Kevin S. Johnson*
                    Kevin S. Johnson, Esq.
                    *Associate Attorney*
                    60 East 42nd Street, Suite 4510
                    New York, New York 10165
                    (212) 317 – 1200
                    (212) 317 – 1620